UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND & ETHERAL LESENE**                          **CIVIL ACTION**

**VERSUS**                                                          **NO. 07-1329**

**ALLSTATE INSURANCE COMPANY**                **SECTION "S" (1)**
**AND CHRISTY PLEMER**

### ORDER

Before the Court is a Motion to Remand (Rec. Doc. 4) filed by plaintiffs, Raymond and Etheral Lesene. The plaintiffs originally filed suit against their insurer, Allstate Insurance Company, and their insurance agent, Christy Plemer, in Civil District Court for the Parish of Orleans, State of Louisiana. In their petition, plaintiffs alleged that their damages did not exceed $75,000. Allstate removed the case to this Court arguing that diversity jurisdiction exists under 28 U.S.C. § 1332 because the Louisiana defendant, Plemer, was improperly joined and because the amount in controversy exceeds $75,000. The Lesenes request remand, arguing that this Court lacks diversity jurisdiction. They have filed an affidavit attesting to the fact that the entire extent of any claim against the defendants does not exceed $75,000 and they will not seek a judgment in excess of that amount. The defendants have not filed an opposition to plaintiffs' motion to remand. Based on the stipulation filed by plaintiffs, this Court finds that it lacks diversity jurisdiction.

**IT IS HEREBY ORDERED** that plaintiffs' Motion to Remand is **GRANTED.** (Rec. Doc. 4).

New Orleans, Louisiana, this ___3rd___ day of May, 2007.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**